# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-03058-01-CR-S-BP |
| ) | |
| ROBERT W. JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On October 21, 2013, Magistrate Judge David P. Rush issued his Report and Recommendation that the Court should find Defendant Robert W. Jones is not currently suffering from a mental disease or defect preventing him from understanding the nature and consequences of the proceedings against him or from assisting in his defense. (Doc. 48.) Defendant underwent two forensic evaluations of his competency. The first found that "there is no indication that he was suffering from any form of mental disease or defect that impacted his ability to appreciate the nature and quality, or wrongfulness of his actions." The second opined that his mental impairments contributed to his offense behavior. However, each evaluator unequivocally concluded Defendant is able to understand the nature and potential consequences of his charges, and that he possesses the ability to stand trial and assist in his defense. Neither party objects to the Report and Recommendation. After conducting an independent review of the Report and forensic evaluations, the Court adopts the Report as its Order.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: March 5, 2014